```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 13831
    HAROLD GOLDMEIER
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7352


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/01/2007 and was not confirmed.

     The case was dismissed without confirmation 09/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------

ILLINOIS DEPT OF REVENUE   PRIORITY           55711.61         .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED          12144.38         .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY          159303.04         .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED          36160.83         .00           .00
WASHINGTON MUTUAL          SECURED NOT I    NOT FILED          .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED          .00           .00
BRICKYARD BANK             UNSECURED        NOT FILED          .00           .00
CHASE CARD MEMBER SERVIC   UNSECURED        NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED        NOT FILED          .00           .00
FIA CARD SERVICES          UNSECURED        NOT FILED          .00           .00
SUGAR FRIEDBERG & FEISEN   UNSECURED        NOT FILED          .00           .00
MURALO COMPANY             UNSECURED        NOT FILED          .00           .00
WATTYL NO 2                UNSECURED        NOT FILED          .00           .00
JONATHAN STROUSE           NOTICE ONLY      NOT FILED          .00           .00
GMAC                       SECURED NOT I         .00           .00           .00
BRICKYARD BANK             NOTICE ONLY      NOT FILED          .00           .00
BRADLEY H FOREMAN          DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                             --------------        --------------
TOTALS                              .00                  .00


                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 13831 HAROLD GOLDMEIER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 13831 HAROLD GOLDMEIER